JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO VALIENTE,<br><br>        Plaintiff,<br><br>        v.<br><br>ANDREW SAUL,<br>  Commissioner of Social Security,<br><br>        Defendant. | Case No. 2:19-cv-08499-SK<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that this action is reversed and remanded for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Opinion and Order.

Date: April 14, 2021

_____
HON. STEVE KIM
U.S. MAGISTRATE JUDGE