Eliot R. Samulon, SBN: 67401
Wendy B. Pfau, SBN: 257215
**POTTER, COHEN, SAMULON & PADILLA**
3852 East Colorado Blvd.
Pasadena, CA 91107
Telephone: (626)795-0681
Facsimile: (626)795-0725
Email: esamulon@pottercohenlaw.com
wpfau@pottercohenlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| FRANCISCO ROLANDO VALIENTE, <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW SAUL, Commissioner of Social Security, <br><br> Defendant | Case No.: CV 19-08499 SK <br><br> [PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that the Commissioner shall pay Plaintiff for attorney fees and expenses the amount of $4,565.99 (Four Thousand, Five Hundred Sixty-Five Dollars and Ninety-Nine Cents) under the Equal access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of $400.00 (Four Hundred Dollars and No Cents) under 29 U.S.C. §1920, subject to the terms of the above-referenced Stipulation.

Date: July 2, 2021

HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE

-1-